IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| JOHN S. HEBERT and ARRON M. SHEE, | ) | No. 09-4026 |
| | ) | |
| Plaintiffs, | ) | COMPLAINT AND JURY |
| | ) | DEMAND |
| vs. | ) | |
| | ) | |
| THE ROCK ISLAND BOAT CLUB and | ) | |
| TRI-COVE, LTD, d/b/a TRIANGLE INN, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW, the Plaintiffs, John S. Hebert and Arron M. Shee, by and through their attorney, G. David Binegar, 1503 Brady Street, Davenport, Iowa 52803, and for their cause of action against Defendants state as follows:

## JURISDICTION AND VENUE

1.  United States District Court jurisdiction is proper in this case based on diversity of state citizenship between the Plaintiffs and the Defendants.  28 U.S.C. §1332.

2.  The amount in controversy exceeds $75,000.00 exclusive of interest and costs.  28 U.S.C. § 1332.

3.  Venue in this proceeding is proper in the United States District Court pursuant to 28 U.S.C. §1391 because all Defendants operate businesses in Rock Island County, Illinois, located in the Central District of Illinois.

## ADMINISTRATIVE NOTICE

4.  That the above-named Defendants, and the Defendants' insurance carrier, Illinois Casualty Company, have been given proper, timely, written notice of Plaintiffs' intention to bring a dram shop action against each named Defendant, as required pursuant to Iowa Code § 123.93.

## PARTIES

5.  The Planitiff, John S. Hebert, at all times material hereto was a resident of Davenport, Scott County, Iowa.

6.  The Plaintiff, Arron M. Shee, at all times material hereto was a resident of Davenport, Scott County, Iowa.

7.    The Defendant, Rock Island Boat Club, is an Illinois Corporation, licensed to sell intoxicating liquor, by the State of Illinois, and located in Rock Island County, Illinois, at all times material hereto.

8.    The Defendant, Tri-Cove, LTD, d/b/a Triangle Inn, is an Illinois Corporation, licensed to sell intoxicating liquor, by the State of Illinois, and located in Rock Island County, Illinois, at all times material hereto.

## GENERAL ALLEGATIONS

9.    Plaintiffs bring this cause of action against all Defendants, Rock Island Boat Club, Tri-Cove, LTD, d/b/a Triangle Inn, pursuant to the Iowa Alcohol Beverage Control Act, Code of Iowa § 123.92.

10.   In the early morning hours, at approximately 1:50 a.m., on April 29, 2007, Matthew Irwin, who was legally intoxicated, as the result of the consumption of alcoholic beverages, or beer, was driving a vehicle, license plate no. G77822, at a high rate of speed.

11.   On or about April 29, 2007, at approximately 1:50 a.m., when Matthew Irwin was intoxicated, as the result of the consumption of alcoholic beverages, including beer, the vehicle, referred to in paragraph 15, crossed the median of Centennial Bridge, while traveling in Iowa (on the Iowa side of the bridge), and struck the vehicle (Ill. License Plate No. 8216010) wherein John S. Hebert and Arron M. Shee were passengers.

12.   At the above time and place, wherein Matthew Irwin caused the injuries to Plaintiffs, due to his consumption of alcoholic beverages, including beer, Matthew Irwin was driving in Iowa on the east side of Centennial Bridge, but crossed onto the west side of Centennial Bridge into oncoming traffic.

13.   As a result of the collision, described in paragraph 10 and 11, Plaintiffs, John S. Hebert and Arron M. Shee, received serious personal injuries.

14.   The portion of the bridge, wherein the incident, described in paragraph 12, occurred, was located in Iowa.

## DRAM SHOP ACTION

15.    On or about April 28 and April 29, 2007, upon information and belief, the Defendant, Rock Island Boat Club, sold or served alcohol to a point where Defendant knew, or should have known, that Matthew Irwin would become intoxicated.

16.    On or about April 28 and April 29, 2007, upon information and belief, the Defendant, Tri-Cove, LTD, d/b/a Triangle Inn, sold or served alcohol to a point where Defendant knew, or should have known, that Matthew Irwin would become intoxicated.

17.    That the alcohol served, by each of the Defendants, named in paragraphs 20 through 25, was the proximate cause of Matthew Irwin's intoxication at the time of the collision which caused the injuries to Plaintiffs.

18.    That Matthew Irwin, while legally intoxicated from the alcohol served by all the Defendants named herein, negligently drove a Grey Suzuki, License Plate No. 8778224, from Illinois into Iowa, and while in Iowa, struck a vehicle bearing Illinois License Plate No. 4671729, in which Plaintiffs were passengers, resulting in personal injuries to Plaintiffs.

19.    That the service and sale of alcoholic beverages, by all named Defendants, was the proximate cause of the intoxication of Matthew Irwin, which resulted in injuries to Plaintiffs, as above described.

## DAMAGES

### a. Estate Claim

20.    As a result of the injuries to Plaintiffs, arising from Matthew Irwin's intoxication, proximately caused by the sale and/or service of alcohol to him by all named Defendants, each of the Plaintiffs have incurred the following damages:

    a.    Medical expenses associated with injury.

    b.    Lost wages.

    c.    Pain and suffering, both past and future.

## PRAYER

WHEREFORE, Plaintiffs, John S. Hebert and Arron M. Shee, RESPECTFULLY REQUESTS that this Court enter judgment against the named Defendants herein in an amount that will fairly and justly compensate them for the aforementioned injuries and damages, in excess of the minimal statutory requirement for Federal Court diversity jurisdiction, together with interest thereon, the costs of this action, and any additional relief determined by the Court.

## JURY DEMAND

Plaintiffs, John S. Hebert and Arron M. Shee, demand a trial by jury on all issues so triable herein.

JOHN S. HEBERT and ARRON M. SHEE,
Plaintiffs

BY:  /s/ G. David Binegar
G. David Binegar
1503 Brady Street
Davenport, Iowa
(563) 326-2873
(563) 323-7452 FAX